544

No opinion. The executor's time to answer the petition is extended until 20 days after entry of the order hereon. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of the Estate of EVA K. GREENE, Deceased. ALFRED GREENE, Appellant; LOUIS J. LEFKOWITZ, Attorney-General of the State of New York, et al., Respondents.—

No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of WILLIAM HART, Appellant, v. PENNBILD REALTY CO., INC. et al., Respondents.—

No opinion. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

In the Matter of ANDREE KINGSTON, Respondent, v. ROBERT ANHALT, Appellant.—

The resolution of the issues involved depends upon the credibility to be accorded to the several witnesses. Under the circumstances here, and in view of the sharp conflict in the testimony of the witnesses, an appellate court would not be justified in substituting its judgment for the judgment of the Trial Judge who has had the advantage of seeing and hearing the witnesses. Nolan, P. J., Christ and Brennan, JJ., concur; Kleinfeld and Pette, JJ., dissent and vote to reverse the several orders and to dismiss the complaint, with the following memorandum: In our opinion, the finding that the defendant is the father of the child born to the petitioner is against the weight of the credible evidence.